UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN DAVID HERNANDEZ
GIRON,

        Petitioner,

    v.                           Case No.:  2:25-cv-01201-SPC-NPM

MARKWAYNE MULLIN *et al.*,

        Respondents,

## OPINION AND ORDER

Before the Court is the respondents' Motion for Clarification (Doc. 12). The Court **grants** the motion and provides the following clarification.

Juan David Hernandez Giron filed this habeas action to challenge the legality of his immigration detention. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Hernandez Giron before an immigration judge for a bond hearing within 10 days or release him from custody. An immigration judge held a hearing and granted Hernandez Giron release on bond.

Immigration and Customs Enforcement still intends to remove Hernandez Giron and asks the Court whether a brief period of detention to

execute removal would violate the Court's order.  It would not.  The Court cannot pre-judge the lawfulness of a hypothetical, future detention.  But as far as the habeas order is concerned, the respondents fully complied with it by bringing Hernandez Giron for a bond hearing.  It does not enjoin future immigration enforcement actions.

**DONE AND ORDERED** in Fort Myers, Florida on April 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1