UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN DAVID HERNANDEZ
GIRON,

       Petitioner,

   v.                              Case No.:  2:25-cv-01201-SPC-NPM

MARKWAYNE MULLIN *et al.*,

       Respondents,

_____/

## OPINION AND ORDER

Before the Court are Juan David Hernandez Giron's Motion to Enforce Court's Opinion and Order (Doc. 18) and the federal government's response (Doc. 21).

Hernandez Giron is a noncitizen who challenged the legality of his prior immigration detention. The Court granted his habeas petition and ordered the government to either bring him before an immigration judge for a bond hearing or release him from custody. The government complied with the Court's order by releasing Hernandez Giron on bond, but it is still attempting to execute an expedited removal order. Hernandez Giron asks the Court to enjoin the government's removal efforts.

As part of its analysis, the Court found Hernandez Giron ineligible for expedited removal. But the Court was clear about the limits of its jurisdiction:

"The Court cannot review the respondents' discretionary decision to commence expedited removal proceedings or prevent them from executing the expedited removal order." (Doc. 9 at 4). That remains true. 8 U.S.C. § 1252(a)(2)(A) strips the Court of jurisdiction to "entertain any…cause or claim arising from or relating to the implementation or operation of an order of removal pursuant to section 1225(b)(1)[.]" Accordingly, Hernandez Giron's motion (Doc. 18) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on June 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2